IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00199-PSF-PAC

UNITED STATES OF AMERICA,

       Petitioner,

v.

LOUIS J. TAYLOR,

       Respondent.

_____

## ORDER OF DISMISSAL
_____

       Upon consideration of respondent's Motion to Dismiss filed March 5, 2007, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Each side shall bear their own attorney's fees and costs.

       Entered this 5th day of March, 2007.

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            PHILLIP S. FIGA
                                            UNITED STATES DISTRICT JUDGE